995 A.2d 348

**Laura A. FOX, Respondent**

v.

**Gary J. FOX, Petitioner.**

Supreme Court of Pennsylvania.

May 28, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of May, 2010, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court **VACATED,** and the matter **REMANDED** to that court for consideration of the issue in light of *Berry v. Berry,* 898 A.2d 1100, 1104 (Pa.Super.2006) (in determining income for support purposes, trial court may not include income constituting marital property under 23 Pa.C.S. § 3501, as such action would foreclose equitable distribution of those assets). Jurisdiction relinquished.